# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **VISTA PEAK VENTURES, LLC,** § <br> § <br> **Plaintiff,** § <br> § <br> **v.** § <br> § <br> **AU OPTRONICS CORPORATION,** § <br> § <br> **Defendant.** § | **CIVIL ACTION NO. 2:18-CV-00276-JRG** <br> **LEAD CASE** <br> <br> **CIVIL ACTION NO. 2:18-CV-00278-JRG** <br> **CIVIL ACTION NO. 2:18-CV-00279-JRG** <br> **MEMBER CASES** |

## ORDER

Before the Court is the Joint Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between plaintiff, Vista Peak Ventures, LLC, and defendant, AU Optronics Corporation, in the above-captioned Lead Case No. 2:18-cv-00276, which is consolidated with Case Nos. 2:18-cv-00278 and 2:18-cv-00279. (Dkt. No. 78.) Having considered the same, the Court is of the opinion that said motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that all claims asserted in the above-captioned actions between plaintiff, Vista Peak Ventures, LLC, and defendant, AU Optronics Corporation, are hereby **DISMISSED WITH PREJUDICE**, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and dated September 26, 2019.

It is further **ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them.

This Order resolves all claims against all parties in the above-captioned group of consolidated cases. All pending requests for relief not previously addressed by the Court in such cases are **DENIED-AS-MOOT**. The Clerk is directed to **CLOSE** the above-captioned cases.

**So ORDERED and SIGNED this 10th day of October, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE